**UNITED STATES of America, Plaintiff–Appellee**

v.

**Mariusz TOLCZYK, Defendant–Appellant.**

No. 06–51488
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART and OWEN, Circuit Judges.

PER CURIAM: *

Mariusz Tolczyk appeals from the sentence imposed following revocation of his term of supervised release, arguing that his sentence was unreasonable. The district court properly considered the 18 U.S.C. § 3553(a) factors when imposing Tolczyk's sentence. *See United States v. Gonzalez,* 250 F.3d 923, 930 (5th Cir.2001). Tolczyk's sentence, which was within the advisory guideline range and the statutory maximum, was neither unreasonable nor plainly unreasonable. *See United States v. Hinson,* 429 F.3d 114, 120 (5th Cir.2005). Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.